IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-881-FDW-DCK

| | |
|---|---|
| HUBERT STUMP, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PREMIER HEALTHCARE SOLUTIONS, INC., )<br>UOFL HEALTH, INC., and )<br>UOFL HEALTH-LOUISVILLE, INC., )<br>)<br>Defendants. )<br>) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 11) filed by Local Counsel John Michael ("J.M.") Durnovich on November 5, 2024.

Applicant Aaron W. Marcus seeks to appear as counsel *pro hac vice* for Defendants UofL Health, Inc. and UofL Health-Louisville, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 11) is **GRANTED**. Aaron W. Marcus is hereby admitted *pro hac vice* to represent Defendants UofL Health, Inc. and UofL Health-Louisville, Inc.

**SO ORDERED**.

Signed: November 5, 2024

David C. Keesler
United States Magistrate Judge