**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-881-FDW-DCK**

| | | |
|---|---|---|
| **HUBERT STUMP,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **ORDER** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **PREMIER HEALTHCARE SOLUTIONS, INC.,** | ) | |
| **UOFL HEALTH, INC., and** | ) | |
| **UOFL HEALTH-LOUISVILLE, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 12) filed by Local Counsel John Michael ("J.M.") Durnovich on November 5, 2024.

Applicant Brent R. Baughman seeks to appear as counsel *pro hac vice* for Defendants UofL Health, Inc. and UofL Health-Louisville, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 12) is **GRANTED**. Brent R. Baughman is hereby admitted *pro hac vice* to represent Defendants UofL Health, Inc. and UofL Health-Louisville, Inc.

**SO ORDERED**.          Signed: November 5, 2024

David C. Keesler
United States Magistrate Judge