IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-881-FDW-DCK

| | |
|---|---|
| HUBERT STUMP, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| PREMIER HEALTHCARE SOLUTIONS, INC., ) | |
| UOFL HEALTH, INC., and ) | |
| UOFL HEALTH-LOUISVILLE, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 13) filed by Local Counsel John Michael ("J.M.") Durnovich on November 5, 2024.

Applicant Colleen B. Parga seeks to appear as counsel *pro hac vice* for Defendants UofL Health, Inc. and UofL Health-Louisville, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 13) is **GRANTED**. Colleen B. Parga is hereby admitted *pro hac vice* to represent Defendants UofL Health, Inc. and UofL Health-Louisville, Inc.

**SO ORDERED**.

Signed: November 5, 2024

David C. Keesler
United States Magistrate Judge